**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GREGORY CARBAJAL CASAS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RUDOLPH BREWER, JR. and ) <br> VIRGINIA TRANSPORTATION, ) <br> CORP. ) <br> ) <br> Defendants. ) | Civil Action No.: <br><br> **CORPORATE DISCLOSURE** <br> **PURSUANT TO FEDERAL RULE** <br> **OF CIVIL PROCEDURE 7.1** |

PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1, Defendant Virginia Transportation is a Rhode Island corporation, has a Rhode Island principal place of business, has no parent company and is not a publically traded company.

Respectfully submitted,

_S/ William D. Bierman_
William D. Bierman, Esq.
**PRICE, MEESE,**
**SHULMAN & D'ARMINIO, P.C.**
50 Tice Boulevard, Suite 380
Woodcliff Lake, New Jersey 07677
(T) 201-391-3737 :  (F) 201-391-9360
Attorneys for Defendants,
Virginia Transportation and Rudolph Brewer, Jr.

Dated: April 8, 2021