UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| GREGORY CARBAJAL CASAS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 1:21-cv-1902 |
| RUDOLPH BREWER, JR. and VIRGINIA TRANSPORTATION, CORP. | ) **DEFENDANTS' FIRST DEMAND FOR ADMISSION PROPOUNDED ON PLAINTIFF** |
| Defendants. | |

---

TO: Joseph Campisi, Esq.
Schwartz Goldstone Campisi & Kates, LLP
90 Broad Street
Suite 403
New York, New York 10004
Attorneys for Plaintiff,
Gregory Carbajal Casas

Counsel:

**PLEASE TAKE NOTICE** that the undersigned, Price, Meese, Shulman & D'Arminio, P.C., attorneys for Defendants, Rudolph Brewer, Jr. and Virginia Transportation Corp. hereby demand your client admit or deny the following pursuant to Fed. R. Civ. P. 36:

S/ *Thomas C. Martin*
Thomas C. Martin, Esq.
tmartin@pricemeese.com
**PRICE, MEESE,**
**SHULMAN & D'ARMINIO, P.C.**
50 Tice Boulevard, Suite 380
Woodcliff Lake, New Jersey 07677
(T) 201-391-3737 : (F) 201-391-9360
Attorneys for Defendants, Virginia
Transportation, Corp. and Rudolph Brewer, Jr.

Dated: April 8, 2021

## DEFENDANT'S FIRST DEMAND FOR ADMISSIONS UPON PLAINTIFF PURSUANT TO FED. R. CIV. P. 36.

1. The matter in controversy <u>exceeds</u> the sum or value of $75,000, exclusive of interest and costs

   Admit _X_          Deny _____

## CERTIFICATION

I hereby certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

DATED: 5/10/2021          BY: _____
                              [sign]

                          Gregory Carbajal
                          [print name]

SONIA M. FERNANDEZ
Commissioner of Deeds
City of New York
No. 2-9996
Certificate Filed in Kings County
Commission Expires June 01, 20 21