# SCHWARTZ GOLDSTONE CAMPISI & KATES, LLP

ATTORNEYS AT LAW
90 Broad Street · Suite 403
New York, New York 10004

(212) 962-2800
Fax (212) 385-2308

www.sgcfirm.com

Mordecai T. Schwartz
Bruce H. Goldstone *
Joseph Campisi
David A. Kates

Herbert Rodriguez °
Kevin J. Ryan °

\* Retired
° Admitted in NY & NJ

May 18, 2021

**Via Pacer**
Hon. Sanket J. Bulsara, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Casas v. Brewer, Jr., et al.
              EDNY Docket No.: 1:21-cv-01902
              Our File No.: 5178

Dear Hon. Judge Bulsara:

      Please be advised that we represent plaintiff, Gregory Carbajal Casas in the above referenced matter.

      I am writing to respectfully request an adjournment of the initial conference originally scheduled for May 28, 2021 at 12:30pm. Please be advised that I will be in Denmark attending a Hague Child Abduction matter from May 28, 2021 returning on June 3, 2021. I am available any day after June 4, 2021 for the conference. I have consulted with defense counsel and they have consented to this adjournment.

      Should you have any questions, please feel free to contact me.

      Thank you in advance for your courtesy.

                        Very truly yours,

                        **Schwartz Goldstone Campisi & Kates, LLP**

                        *Herbert Rodriguez, Jr., Esq.*
                        Herbert Rodriguez, Jr., Esq. HR5522

HR:kjr
cc:    **Via Pacer**
       Thomas Martin, Esq./Price Meese Shulman & D'Arminio, P.C.