# PRICE, MEESE, SHULMAN & D'ARMINIO, P.C.
## ATTORNEYS AT LAW

WWW.PRICEMEESE.COM

---

| | | |
|---|---|---|
| TICE CORPORATE CENTER<br>50 TICE BOULEVARD<br>SUITE 380<br>WOODCLIFF LAKE, NEW JERSEY 07677<br>**PHONE: 201-391-3737**<br>**FAX: 201-391-9360** | 4 WEST RED OAKLANE<br>SUITE 302<br>WHITE PLAINS, NEW YORK 10604 | 89 HEADQUARTERS PLAZA NORTH<br>SUITE 442<br>MORRISTOWN, NJ 07960 |

**PLEASE RESPOND TO WOODCLIFF LAKE OFFICE**

May 27, 2021

Hon. Sanket J. Bulsara, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

     **RE:**    **Gregory Carbajal Casas v. Rudolph Brewer, Jr.**
                 **and Virginia Transportation Corp.**
                 **U.S. District Court – EDNY Civil Action # 1:21-cv-01902**
                 **Our File No. 30234**

Dear Judge Bulsara:

    We represent defendants, Virginia Transportation Corp. and Rudolph Brewer, Jr. in connection with the above referenced matter.

    The attached proposed joint discovery plan is respectfully submitted to Your Honor pursuant to the Court's Individual Practice Rules and the Federal Rules of Civil Procedure and in furtherance of the June 4, 2021 telephone initial conference call.

    The parties mutually conferred via e-mail and telephone to discuss the case and to formulate the attached proposed joint discovery plan on May 7, 10, 12, 15, 17 and 27.  The attached proposed joint discovery plan is respectfully submitted by both counsel jointly and in mutual discussion and concert.

We thank the Court for its time and attention to this matter.

       Respectfully Submitted,

       **PRICE MEESE SHULMAN & D'ARMINIO, P.C.**

       */s/ Thomas C. Martin*

       Thomas C. Martin

WDB/TCM/eh
Enclosure

cc: Hon. Diane Gujarati, U.S.D.J. (w/encl.)

   Herbert Rodriguez, Jr., Esq. (w/encl.)
   Schwartz Goldstone Campisi & Kates, LLP
   90 Broad Street, Suite 403
   New York, NY 10004
   Attorneys for Plaintiff,
   Gregory Carbajal Casas

| DISCOVERY PLAN WORKSHEET | |
|---|---|
| **Phase I (Pre-Settlement Discovery)** | |
| Deadline for completion of Rule 26(a) initial disclosures and any HIPAA-complaint records authorizations: | 6-11-21 |
| Completion date for Phase I Discovery as agreed upon by the parties: *(Reciprocal and agreed upon document production and other discovery necessary for a reasoned consideration of settlement. Presumptively 60 days after Initial Conference.)* | 7-28-21 |
| Date for initial settlement conference: *(Parties should propose a date approximately 10-15 days after the completion of Phase I Discovery, subject to the Court's availability)* | 8-13-21 |
| **Phase II (Discovery and Motion Practice)** | |
| Motion to join new parties or amend the pleadings: *(Presumptively 15 days post initial settlement conference)* | 8-27-21 |
| First requests for production of documents and for interrogatories due by: *(Presumptively 15 days post joining/amending)* | 9-10-21 |
| All fact discovery completed by: *(Presumptively 3.5 months post first requests for documents/interrogatories)* | 12-10-21 |
| Exchange of expert reports completed by: *(Presumptively 30 days post fact discovery)* | 1-14-22 |
| Expert depositions completed by: *(Presumptively 30 days post expert reports)* | 2-14-22 |
| **COMPLETION OF ALL DISCOVERY BY:** *(Presumptively 9 months after Initial Conference)* | 2-28-22 |
| Final date to take first step in dispositive motion practice: *(Parties are directed to consult the District Judge's Individual Rules regarding such motion practice. Presumptively 30 days post completion of all discovery)* | 3-30-22 |
| Do the parties wish to be referred to the EDNY's mediation program pursuant to Local Rule 83.8? | NO |